No. 77–874.   ALEXANDER ET AL. *v.* UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL.   C. A. 7th Cir.; and

No. 77–1463.   HARRIS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. *v.* COLE ET AL.   C. A. D. C. Cir.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.   Reported below: No. 77–874, 555 F. 2d 166; No. 77–1463, 187 U. S. App. D. C. 156, 571 F. 2d 590.

No. 77–1553.   COUNTY OF LOS ANGELES ET AL. *v.* DAVIS ET AL.   C. A. 9th Cir.   Certiorari granted. ■

No. 77–1137.   NEVILLE *v.* FRIEDMAN, JUDGE, ET AL.   Sup. Ct. Ill.   Certiorari denied. ■

No. 77–1225.   SEIDEL *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied. ■

No. 77–1354.   FURRER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied. ■

No. 77–1389.   CADILLAC OVERALL SUPPLY CO. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied. ■

No. 77–1394.   QUICK PAK, INC. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 6th Cir.   Certiorari denied. ■

No. 77–1397.   ABRAMS *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied. ■